# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Kuuleilani Higa, | : |
| | : Civil Action No.: 1:18-cv-01397 |
| Plaintiff, | : |
| v. | : |
| | : |
| MiraMed Revenue Group, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Kuuleilani Higa | MiraMed Revenue Group, LLC |
|---|---|
| /s/ Sergei Lemberg | /s/ Lindsey Conley |
| Sergei Lemberg | Lindsey Conley |
| LEMBERG LAW, LLC | HINSHAW & CULBERTSON LLP |
| 43 Danbury Road, 3rd Floor | 151 North Franklin Street, Suite 2500 |
| Wilton, CT 06897 | Chicago, IL 60606 |
| (203) 653-2250 | (312) 704-3000 |
| Attorney for Plaintiff | Attorney for Defendant |

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                                By /s/ Sergei Lemberg_____
                                                                    Sergei Lemberg